Now Bravo has created a phony appeal to your court for protection...case 13-11330

We turn this over to you because the Bldgs and HPD departments ignore the tenants.

This bldg has not had one single repair since april 2012.  It sits there with thieves robbing the tenants' property that is in the Bldg.

THE CITY LAW ENFORCEMENT FOLKS DO NOTHING ABOUT THIS AND 40 FAMILIES ARE OUT ON THE STREET...

The landlord Frank Pecora of Bravo Realty 1374 Third Avenue, Manhattan 10021 is already guilty for "offering a false instrument for filing, falsifying business records, making an apparently sworn false statement, perjury and making a punishable false written statement and then sending it through the US Mail.

Please note the following statement from the NYC Buildings Department about this landlord:

At a community board meeting,

**"Department of Buildings (DOB) Mr. Steven Figuerido, Deputy Director, Intergovernmental Community Affairs discussed the history and current situation at 246-248 East 120th Street. First vacate was issued 4 years ago and DOB assumed all violations were remedied.**

**Tenants moved back in; however, DOB was informed that the violations were not cured and tenants should not have been returned and several weeks ago DOB issued another vacate order. Some of the issues were floor joists, egress issues, missing staircases."**

THE LANDLORD LIED AND SAID HE HAD FIXED EVERYTHING.

Not only did he file false statements (through the mail) with the Buildings Department, he also sent false statements (through the mail) to the New York State Department of Housing.

Both government agencies are letting this matter slide.

It is a miracle that the 40 families who have been vacated are not dead from a collapse of this building.

We realize that your court is dealing with a financial situation, but this Pecora guy is using bankruptcy as just another one of his sneaky steps.

You should check all material that he submits.

