**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
In re

The Bravo Realty Group, LLC,           Chapter 11
                                       Case No. 13-11330-reg

Debtor.
-------------------------------X

## ORDER AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(b) OF THE BANKRUPTCY CODE.

Upon the Motion ("Motion")[1] of The Bravo Realty Group, LLC, as debtor and debtor-in-possession (the "Debtor"), for an order authorizing the Debtor to obtain the Debtor in Possession Financing as described in the Motion, and it appearing that the Debtor in Possession Financing is fair and an actual, necessary cost and expense of preserving the estate and will be in the best interest of the Debtor and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the Debtor is authorized to obtain the Debtor in Possession Financing on the terms and conditions more particularly set forth in the Motion; and it is further,

ORDERED, that the funds provided by the Lender to the Debtor pursuant to the Debtor in Possession Financing are allowable under 11 U.S.C. § 503(b)(1) as an administrative expense.

---

[1] All capitalized terms shall have the meaning ascribed to them in the Motion.

Dated:  New York, New York
        July __, 2013

_____
**UNITED STATES BANKRUPTCY JUDGE**