**APPENDIX OF VIOLATIONS ISSUED AGAINST
THE DEBTOR'S PREMISES AT
246-248 East 120th Street a/k/a 2331-2337 Second Avenue
New York, New York**

**Violations for 246 East 120th Street**
**New York, New York**





✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## Property Profile Overview

246 EAST 120 STREET
EAST 120 STREET                246 - 246

| | | | |
|---|---|---|---|
| MANHATTAN 10035 | | BIN# 1054568 | |
| Health Area | : 1700 | Tax Block | : 1784 |
| Census Tract | : 194 | Tax Lot | : 128 |
| Community Board | : 111 | Condo | : NO |
| Buildings on Lot | : 1 | Vacant | : NO |

View DCP Addresses...    Browse Block

View Zoning Documents    View Challenge Results    Pre - BIS PA    View Certificates of Occupancy

STOP WORK ORDER EXISTS ON THIS PROPERTY
FULL VACATE EXISTS ON THIS PROPERTY

| | | | |
|---|---|---|---|
| Cross Street(s): | 3 AVENUE, 2 AVENUE | | |
| DOB Special Place Name: | | | |
| DOB Building Remarks: | | | |
| Landmark Status: | | Special Status: | L |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Little 'E' Restricted: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | 1054563 | | |

| | |
|---|---|
| Special District: | UNKNOWN |

**This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, or Coastal Erosion Hazard Area.** Click here for more information

**Department of Finance Building Classification:**          C4-WALK-UP APARTMENT
**Please Note:** The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| Complaints | 84 | 0 | Elevator Records |
| Violations-DOB | 24 | 16 | Electrical Applications |
| Violations-ECB (DOB) | 36 | 21 | Permits In-Process / Issued |
| | | | Illuminated Signs Annual Permits |

This property has **3 open DOB** and **9 open ECB** "Work Without A Permit" Violations and may be subject to DOB civil penalties upon application for a permit. After obtaining the permit, a certificate of correction must be filed on the ECB violations.

| | | |
|---|---|---|
| | | Plumbing Inspections |
| Jobs/Filings | 15 | Open Plumbing Jobs / Work Types |
| ARA / LAA Jobs | 2 | Facades |
| Total Jobs | 17 | Marquee Annual Permits |
| Actions | 10 | Boiler Records |
| | | DEP Boiler Information |
| | | Crane Information |
| OR Enter Action Type: | | After Hours Variance Permits |
| OR Select from List: | | |

Select...

AND [ Show Actions ]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## DOB Violations

Page: 1

Premises: 246 EAST 120 STREET MANHATTAN                    BIN: 1054568    Block: 1784    Lot: 128

| NUMBER | TYPE | FILE DATE |
|---|---|---|
| V* 090883B3964-83 | DOB VIOLATION - DISMISSED | 00/00/1983 |
| DISMISSAL DATE: 02/22/2006 | AGENCY LICENSE: IRICIA | |
| V* 050498LL629103533 | DOB VIOLATION - DISMISSED | 05/04/1998 |
| V* 031699LL629105981 | DOB VIOLATION - DISMISSED | 03/16/1999 |
| V* 022701LL629105856 | DOB VIOLATION - DISMISSED | 02/27/2001 |
| V* 031903LL629105661 | DOB VIOLATION - DISMISSED | 03/19/2003 |
| V* 021304LL629102624 | DOB VIOLATION - DISMISSED | 02/13/2004 |
| VW 030307C1103VP | VIOLATION WORK WITHOUT PERMIT - ACTIVE | 03/03/2007 |
| V 010308LL629102277 | DOB VIOLATION - ACTIVE | 01/03/2008 |
| V 061208C1112TDL | DOB VIOLATION - ACTIVE | 06/12/2008 |
| V 061208C1111TDL | DOB VIOLATION - ACTIVE | 06/12/2008 |
| V 061208C1117TDL | DOB VIOLATION - ACTIVE | 06/12/2008 |
| VW 031909C1111TDL | VIOLATION WORK WITHOUT PERMIT - ACTIVE | 03/19/2009 |
| V 031909C1116TDL | DOB VIOLATION - ACTIVE | 03/19/2009 |
| V 010109LL629102226 | DOB VIOLATION - ACTIVE | 01/01/2009 |
| V 042709C1111TDL | DOB VIOLATION - ACTIVE | 04/27/2009 |
| VW 052609C1101WW | VIOLATION WORK WITHOUT PERMIT - ACTIVE | 05/26/2009 |
| V 123109LBLVIO03589 | DOB VIOLATION - ACTIVE | 12/31/2009 |
| V* 011311AEUHAZ100267 | DOB VIOLATION - DISMISSED | 01/13/2011 |
| V* 121311LBLVIO03057 | DOB VIOLATION - DISMISSED | 12/13/2011 |
| V 030712AEUHAZ100050 | DOB VIOLATION - ACTIVE | 03/07/2012 |
| V 030712AEUHAZ100051 | DOB VIOLATION - ACTIVE | 03/07/2012 |
| V 030712AEUHAZ100052 | DOB VIOLATION - ACTIVE | 03/07/2012 |
| V 062712AEUHAZ100039 | DOB VIOLATION - ACTIVE | 06/27/2012 |
| V 062712AEUHAZ100040 | DOB VIOLATION - ACTIVE | 06/27/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**DOB Violation Display for 030307C1103VP**

Premises: 246 EAST 120 STREET MANHATTAN                   BIN: 1054568   Block: 1784   Lot: 128

| | | | |
|---|---|---|---|
| **Issue Date:** | 03/03/2007 | **Violation Category:** | VW - VIOLATION WORK WITHOUT PERMIT - ACTIVE |
| **Violation Type:** | C - CONSTRUCTION | | |
| **Violation Number:** | 1103VP | **Device No.:** | |
| **ECB No.:** | | | |
| **Infraction Codes:** | | | |
| **Description:** | | | |

**Disposition:**
**Code:**                                    **Date:**
**Inspector:**
**Comments:**

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 010308LL629102277

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568   Block: 1784   Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 01/03/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LL6291 - LOCAL LAW 62/91 - BOILERS | | |
| Violation Number: | 02277 | Device No.: | 00064448 - 01-RESIDENTIA |
| ECB No.: | | | |

Infraction Codes:
Description:

Disposition:
Code:                              Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
### DOB Violation Display for 061208C1112TDL

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568   Block: 1784   Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 06/12/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1112TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |

Description:     FAILURE TO MAINTAIN - THE GROUND FLOOR WALLS (SEMI- LOADBEARING) WERE
REMOVED AS WAS WALL AND CEILING FIRE RATED MATERIALS - 2,3,4 AND ROOF
STRUCTURE HAS DEFLECTED IN EXCESS OF 6" COMPROMISING THE ENTIRE
STRUCTURE - BUILDING HAS BEEN VACATED FOR PUBLIC SAFETY OF TENANTS
REMEDY: IMM PER BORO COMM SHORE AND MAKE SAFE ON OR BEFORE.6/20/08

Disposition:
Code:                          Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**DOB Violation Display for 061208C1111TDL**

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568    Block: 1784    Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 06/12/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1111TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |

Description:     FAILURE TO MAINTAIN - THE GROUND FLOOR WALLS (SEMI- LOADBEARING) WERE
REMOVED AS WAS WALL AND CEILING FIRE RATED MATERIALS - 2,3,4 AND ROOF
STRUCTURE HAS DEFLECTED IN EXCESS OF 6" COMPROMISING THE ENTIRE
STRUCTURE - BUILDING HAS BEEN VACATED FOR PUBLIC SAFETY OF TENANTS
REMEDY: IMM PER BORO COMM SHORE AND MAKE SAFE ON OR BEFORE.6/20/08

Disposition:
Code:                                 Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
### DOB Violation Display for 061208C1117TDL

Premises: 246 EAST 120 STREET MANHATTAN                    BIN: 1054568    Block: 1784    Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 06/12/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1117TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | DANGERIOUS BUILDINGS,PLACES AND THINGS". GROUND FLOOR WALLS (SEMI-LOAD BEARING) WERE REMOVED AND SHORED PER COMMISSIONERS ORDER AND UPPER FLOORS WERE NOT SHORED AND NO PERMANENT REPAIRS FILED OR UNDERTAKEN REMEDY: BY 7/31/08 IMMEDIATELY - PER BORO COMMISSIONER, FILE LONG TERM PERMANENT REPAIRS (NOT SHORES) FOR GRD FL 1,2,3,4, ROOF & ALL PERMITS | | |

| | | | |
|---|---|---|---|
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**Buildings**

NYC Department of Buildings

**DOB Violation Display for 031909C1111TDL**

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568   Block: 1784   Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 03/19/2009 | Violation Category: | VW - VIOLATION WORK WITHOUT PERMIT - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1111TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | | | |

Disposition:
Code:                          Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

### DOB Violation Display for 031909C1116TDL

Premises: 246 EAST 120 STREET MANHATTAN                    BIN: 1054568    Block: 1784    Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 03/19/2009 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1116TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | | | |

Disposition:
Code:                                Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 010109LL629102226

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568    Block: 1784    Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 01/01/2009 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LL6291 - LOCAL LAW 62/91 - BOILERS | | |
| Violation Number: | 02226 | Device No.: | 00064448 - 01-RESIDENTIA |

ECB No.:

Infraction Codes:

Description:

Disposition:

Code:                          Date:

Inspector:

Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

### NYC Department of Buildings
### DOB Violation Display for 042709C1111TDL

**Premises: 246 EAST 120 STREET MANHATTAN**                         **BIN:** 1054568   **Block:** 1784   **Lot:** 128

| | | | |
|---|---|---|---|
| **Issue Date:** | 04/27/2009 | **Violation Category:** | V - DOB VIOLATION - ACTIVE |
| **Violation Type:** | C - CONSTRUCTION | | |
| **Violation Number:** | 1111TDL | **Device No.:** | |
| **ECB No.:** | | | |
| **Infraction Codes:** | | | |
| **Description:** | | | |

**Disposition:**
**Code:**                              **Date:**
**Inspector:**
**Comments:**

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

### DOB Violation Display for 052609C1101WW

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568   Block: 1784   Lot: 128

| | | |
|---|---|---|
| **Issue Date:** | 05/26/2009 | **Violation Category:** VW - VIOLATION WORK WITHOUT PERMIT - ACTIVE |
| **Violation Type:** | C - CONSTRUCTION | |
| **Violation Number:** | 1101WW | **Device No.:** |
| **ECB No.:** | | |
| **Infraction Codes:** | | |
| **Description:** | | |

**Disposition:**
**Code:**                              **Date:**
**Inspector:**
**Comments:**

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## DOB Violation Display for 123109LBLVIO03589

Premises: 246 EAST 120 STREET MANHATTAN

BIN: <u>1054568</u>   Block: 1784   Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 12/31/2009 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 03589 | Device No.: | 00064448 - 01-RESIDENTIA |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | | | |

Disposition:
Code:                    Date:
Inspector:
Comments:

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**

NYC.gov
always open

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

### DOB Violation Display for 011311AEUHAZ100267

Premises: 246 EAST 120 STREET MANHATTAN                    BIN: 1054568   Block: 1784   Lot: 128

### DOB Civil Penalty : $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 01/13/2011 | Violation Category: | V* - DOB VIOLATION - DISMISSED |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00267 | Device No.: | |
| ECB No.: | 34883996M (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

DOB Violation Display for 121311LBLVIO03057                    Page 1 of 1





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## DOB Violation Display for 121311LBLVIO03057

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568    Block: 1784    Lot: 128

| | | | |
|---|---|---|---|
| Issue Date: | 12/13/2011 | Violation Category: | V* - DOB VIOLATION - DISMISSED |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 03057 | Device No.: | 00827057 - 01-RESIDENTIA |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | VIOLATION ISSUED FOR FAILURE TO FILE ANNUAL BOILER 2010 INSPECTION REPORT | | |

Disposition:

Code:    D - DISMISSED          Date:    03/20/2012

Inspector:

Comments: MLSCIA CANCELLED, OP49 SUBMITTED, BLDG H TD BY 64448-01.

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



## Buildings

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

### DOB Violation Display for 030712AEUHAZ100050

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568   Block: 1784   Lot: 128

### DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 03/07/2012 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00050 | Device No.: | |
| ECB No.: | 34937782H (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

DOB Violation Display for 030712AEUHAZ100051                                Page 1 of 1





✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
**DOB Violation Display for 030712AEUHAZ100051**

Premises: 246 EAST 120 STREET MANHATTAN                    BIN: 1054568    Block: 1784    Lot: 128

DOB Civil Penalty Due: $1,500

| | | |
|---|---|---|
| Issue Date: | 03/07/2012 | Violation Category:   V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | |
| Violation Number: | 00051 | Device No.: |
| ECB No.: | 34937783J (refer to for further details) | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 030712AEUHAZ100052

Premises: 246 EAST 120 STREET MANHATTAN          BIN: 1054568   Block: 1784   Lot: 128

### DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 03/07/2012 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00052 | Device No.: | |
| ECB No.: | 34937793N (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

DOB Violation Display for 062712AEUHAZ100039





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 062712AEUHAZ100039

Premises: 246 EAST 120 STREET MANHATTAN                    BIN: 1054568    Block: 1784    Lot: 128

DOB Civil Penalty Due: $1,500

| | | |
|---|---|---|
| **Issue Date:** | 06/27/2012 | **Violation Category:** V - DOB VIOLATION - ACTIVE |
| **Violation Type:** | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | |
| **Violation Number:** | 00039 | **Device No.:** |
| **ECB No.:** | 34947124P (refer to for further details) | |
| **Description:** | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## DOB Violation Display for 062712AEUHAZ100040

Premises: 246 EAST 120 STREET MANHATTAN          BIN: 1054568   Block: 1784   Lot: 128

### DOB Civil Penalty Due: $1,500

| | | |
|---|---|---|
| **Issue Date:** | 06/27/2012 | **Violation Category:** V - DOB VIOLATION - ACTIVE |
| **Violation Type:** | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | |
| **Violation Number:** | 00040 | **Device No.:** |
| **ECB No.:** | 34947123N (refer to for further details) | |
| **Description:** | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.




✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Open ECB "Work Without a Permit" Violations

Page: 3

Premises: 246 EAST 120 STREET MANHATTAN

BIN: 1054568   Block: 1784   Lot: 128

| A | ECB NUM / INF CD | RESPONDENT NAME | DATE OF ISSUANCE & DOB VIOL NUMB / PROV LAW | VIOL TYPE | STATUS |
|---|---|---|---|---|---|
| A | 34431546H BP5 | BRAVO RLTY GROUP LLC | 030904C11DP01 BP5 - 27-147 | HPD | OVERDUE |
| A | 34804177K 101 | THE BRAVO REALTY GRO | 081109CSTFAA13 101 - 28-105.1 | CONS | OVERDUE |
| A | 32043684Z B4A BQ9 | BRAVO REALTY GROUP L | 121603BMD6444801 B4A - 27-127 | BOIL | NO COMP |
| A | 34937783J 101 102 | FRANK PECORA | 121311FEU11WW02 101 - 28-105.1 | CONS | NO COMP |
| A | 34464892L B04 | DA BRAVO REALTY GROU | 021705C11PV04 B04 - 27-147 | CONS | OVERDUE |
| A | 34947124P 101 | THE BRAVO REALTY GRO | 040312ER111AL05 101 - 28-105.1 | CONS | OVERDUE |
| A | 34642446K BP6 | THE BRAVO REALTY GRO | 061108C11AL03 BP6 - 27-147 | CONS | OVERDUE |
| A | 34650353L BP5 | THE BRAVO REALTY GRO | 061308C10AL02 BP5 - 27-147 | HPD | OVERDUE |
| A | 34937793N 101 | FRANK PECORA | 121311FEU11WW21 101 - 28-105.1 | CONS | NO COMP |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**

NYC
.gov
always open

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Open DOB "Work Without a Permit" Violations

Page: 1

Premises: 246 EAST 120 STREET MANHATTAN          BIN: 1054568    Block: 1784    Lot: 128

| NUMBER | FILE DATE |
|---|---|
| VW 030307C1103VP | 03/03/2007 |
| VW 031909C1111TDL | 03/19/2009 |
| VW 052609C1101WW | 05/26/2009 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

Violations for 248 East 120th Street
New York, New York





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## Property Profile Overview

| | | | |
|---|---|---|---|
| 248 EAST 120 STREET | | MANHATTAN  10035 | BIN# 1054563 |
| 2 AVENUE | 2337 - 2337 | Health Area : 1700 | Tax Block : 1784 |
| EAST 120 STREET | 248 - 248 | Census Tract : 194 | Tax Lot : 28 |
| | | Community Board : 111 | Condo : NO |
| | | Buildings on Lot : 1 | Vacant : NO |

View DCP Addresses...    Browse Block

---

View Zoning Documents    View Challenge Results    Pre - BIS PA    View Certificates of Occupancy

---

FULL VACATE EXISTS ON THIS PROPERTY

| | | | |
|---|---|---|---|
| Cross Street(s): | 3 AVENUE,  2 AVENUE | | |
| DOB Special Place Name: | | | |
| DOB Building Remarks: | | | |
| Landmark Status: | | Special Status: | N/A |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Little 'E' Restricted: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | 1054568 1054562 | | |

Special District:    UNKNOWN

---

**This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, or Coastal Erosion Hazard Area.** Click here for more information

---

Department of Finance Building Classification:    C4-WALK-UP APARTMENT

**Please Note:** The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| Complaints | 9 | 0 | Elevator Records |
| Violations-DOB | 10 | 9 | Electrical Applications |
| Violations-ECB (DOB) | 7 | 4 | Permits In-Process / Issued |
| | | | Illuminated Signs Annual Permits |

This property has **1** open DOB and **2** open ECB "Work Without A Permit" Violations and may be subject to DOB civil penalties upon application for a permit. After obtaining the permit, a certificate of correction must be filed on the ECB violations.

Plumbing Inspections
Open Plumbing Jobs / Work Types
Facades

| | | |
|---|---|---|
| Jobs/Filings | 4 | Marquee Annual Permits |
| ARA / LAA Jobs | 0 | Boiler Records |
| Total Jobs | 4 | DEP Boiler Information |
| Actions | 2 | Crane Information |
| | | After Hours Variance Permits |

OR Enter Action Type:
OR Select from List:
  Select...
AND [ Show Actions ]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
**DOB Violations**

Page: 1

Premises: 248 EAST 120 STREET MANHATTAN          BIN: 1054563    Block: 1784    Lot: 28

| NUMBER | TYPE | FILE DATE |
|---|---|---|
| V 061208CC1115TOL | DOB VIOLATION - ACTIVE | 06/12/2008 |
| V 111008C1103JH | DOB VIOLATION - ACTIVE | 11/10/2008 |
| V 110608C1103JH | DOB VIOLATION - ACTIVE | 11/06/2008 |
| V 061208C1115TDL | DOB VIOLATION - ACTIVE | 06/12/2008 |
| V 061208C1113TDL | DOB VIOLATION - ACTIVE | 06/12/2008 |
| V 031909C11110TDL | DOB VIOLATION - ACTIVE | 03/19/2009 |
| VW 031909C1115TDL | VIOLATION WORK WITHOUT PERMIT - ACTIVE | 03/19/2009 |
| V 030712AEUHAZ100047 | DOB VIOLATION - ACTIVE | 03/07/2012 |
| V 030712AEUHAZ100048 | DOB VIOLATION - ACTIVE | 03/07/2012 |
| V* 030712AEUHAZ100049 | DOB VIOLATION - DISMISSED | 03/07/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**
**DOB Violation Display for 061208CC1115TOL**

Premises: 248 EAST 120 STREET MANHATTAN                    BIN: 1054563    Block: 1784    Lot: 28

| | | | |
|---|---|---|---|
| Issue Date: | 06/12/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | C1115TOL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |

Description:      DANGEROUS BUILDINGS PLACES AND THINGS GROUND FLOOR WALL WERE REMOVED
(LOAD BEARING) SHORING PER COMMISSIONERS ORDER. UPPER FLOORS WERE NOT
SHORED AND NO PERMANENT REPAIRS WERE MADE TO DEFECTIVE FRAMING ON ALL
FLOORS

Disposition:
Code:                                    Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

 **Buildings**



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## DOB Violation Display for 111008C1103JH

Premises: 248 EAST 120 STREET MANHATTAN                  BIN: 1054563   Block: 1784   Lot: 28

| | |
|---|---|
| Issue Date: | 11/10/2008 |
| Violation Type: | C - CONSTRUCTION |
| Violation Number: | 1103JH |

Violation Category:   V - DOB VIOLATION - ACTIVE

Device No.:

ECB No.:
Infraction Codes:
Description:

Disposition:
Code:                          Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
**DOB Violation Display for 110608C1103JH**

Premises: 248 EAST 120 STREET MANHATTAN

BIN: 1054563   Block: 1784   Lot: 28

| | | | |
|---|---|---|---|
| Issue Date: | 11/06/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1103JH | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | | | |

Disposition:
Code:                    Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**DOB Violation Display for 061208C1115TDL**

Premises: 248 EAST 120 STREET MANHATTAN

BIN: 1054563  Block: 1784  Lot: 28

| | | | |
|---|---|---|---|
| Issue Date: | 06/12/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1115TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |

Description:  "DANGEROUS BUILDINGS, PLACES AND THINGS". GROUND FLOOR WALL WERE
REMOVED(SEMI-LOADBEARING), SHORING ADDED PER COMMISSIONERS ORDER
UPPER FLOORS WERE NOT SHORED AND NO PERMANENT REPAIRS WERE MADE TO
DEF FRAMING ON ALL FL REMEDY: BY 07.31.082 IMMEDIATELY BY COMM ORDERS
FILE & PROVIDE REPAIRS TO DEF FRAMING GRD FL 2,3,4, ROOF OBT PERMIT

Disposition:
Code:                          Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 061208C1113TDL

Premises: 248 EAST 120 STREET MANHATTAN          BIN: 1054563   Block: 1784   Lot: 28

| | | | |
|---|---|---|---|
| Issue Date: | 06/12/2008 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1113TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO MAINTAIN - GROUND FLOOR WALLS (SEMI - LOADBEARING) WERE REMOVED AS WAS WALLS AND CEILING FIRE RATED MATERIALS - 2,3, & ROOF STRUCTURE HAS DEFLECTED IN EXCESS OF 6" COMPROMISING THE ENTIRE STRUCTURE.-BUILDING HAS BEEN VACATED FOR PUBLIC SAFETY OF TENANTS REMEDY: IMMEDIATELY PER BORO COMM-SHORE MAKE SAFE ON/OR BEFORE 6/20/08 | | |

| | | | |
|---|---|---|---|
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 031909C11110TDL

Premises: 248 EAST 120 STREET MANHATTAN

BIN: 1054563    Block: 1784    Lot: 28

| | |
|---|---|
| Issue Date: | 03/19/2009 |
| Violation Type: | C - CONSTRUCTION |
| Violation Number: | 11110TDL |
| ECB No.: | |
| Infraction Codes: | |
| Description: | |

Violation Category:    V - DOB VIOLATION - ACTIVE

Device No.:

Disposition:

Code:                    Date:

Inspector:

Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⌧ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## DOB Violation Display for 031909C1115TDL

Premises: 248 EAST 120 STREET MANHATTAN          BIN: 1054563    Block: 1784    Lot: 28

| | | | |
|---|---|---|---|
| Issue Date: | 03/19/2009 | Violation Category: | VW - VIOLATION WORK WITHOUT PERMIT - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 1115TDL | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | | | |

Disposition:
Code:                          Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

### NYC Department of Buildings
### DOB Violation Display for 030712AEUHAZ100047

Premises: 248 EAST 120 STREET MANHATTAN                      BIN: 1054563    Block: 1784    Lot: 28

### DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 03/07/2012 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00047 | Device No.: | |
| ECB No.: | 34937784L (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**DOB Violation Display for 030712AEUHAZ100048**

Premises: 248 EAST 120 STREET MANHATTAN                    BIN: 1054563    Block: 1784    Lot: 28

DOB Civil Penalty Due: $1,500

| | | |
|---|---|---|
| Issue Date: | 03/07/2012 | Violation Category:    V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | |
| Violation Number: | 00048 | Device No.: |
| ECB No.: | 34937794P (refer to for further details) | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## DOB Violation Display for 030712AEUHAZ100049

Premises: 248 EAST 120 STREET MANHATTAN            BIN: 1054563   Block: 1784   Lot: 28

### DOB Civil Penalty : $1,500

| | | |
|---|---|---|
| Issue Date: | 03/07/2012 | Violation Category:   V* - DOB VIOLATION - DISMISSED |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | |
| Violation Number: | 00049 | Device No.: |
| ECB No.: | 34937785N (refer to for further details) | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**

NYC
.gov
always open

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Open DOB "Work Without a Permit" Violations

Page: 1

Premises: 248 EAST 120 STREET MANHATTAN                     BIN: 1054563    Block: 1784    Lot: 28

| NUMBER | FILE DATE |
|--------|-----------|
| VW 031909C1115TDL | 03/19/2009 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Open ECB "Work Without a Permit" Violations

Page: 1

Premises: 248 EAST 120 STREET MANHATTAN

BIN: 1054563   Block: 1784   Lot: 28

| A ECB NUM / INF CD | RESPONDENT NAME | DATE OF ISSUANCE & DOB VIOL NUMB / PROV LAW | VIOL TYPE | STATUS |
|---|---|---|---|---|
| A 34947123N 101 | THE BRAVO REALTY GRO | 040312ER111AL04 101 - 28-105.1 | CONS | OVERDUE |
| A 34937794P 101 | FRANK PECORA | 121311FEU11WW22 101 - 28-105.1 | CONS | NO COMP |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
### ECB Query By Location

Page: 1 of 1

Premises: 248 EAST 120 STREET MANHATTAN          BIN: 1054563   Block: 1784   Lot: 28   CB: 111

| Dept. of Buildings Violations & Compliance | | ECB Hearings | |
|---|---|---|---|
| Total Issued = 7          Open (Non-Compliance) = 4 | | Completed / Defaulted = 7          Pending = 0 | |

| ECB Number | Dept. of Buildings Violation Status | Respondent | ECB Hearing Status | Viol Date | Infraction Codes | ECB Penalty Due |
|---|---|---|---|---|---|---|
| 34441248Z | OPEN - NO COMPLIANCE RECORDED | BRAVO REALTY GROUP LL | IN VIOLATION | 08/12/2004 | B27 | $0.00 |
| | Severity: NON-HAZARDOUS | Inspect Unit: MANHATTAN CONSTRUCTION | | Viol Type: CONSTRUCTION | | |
| 34947123N | OPEN - NO COMPLIANCE RECORDED | THE BRAVO REALTY GROUP | IN VIOLATION | 04/03/2012 | 101 | $1,600.00 |
| | Severity: CLASS - 1 | Inspect Unit: EMERGENCY RESPONSE TEAM (ERT) | | Viol Type: CONSTRUCTION | | |
| 34937794P | OPEN - NO COMPLIANCE RECORDED | FRANK PECORA | IN VIOLATION | 12/13/2011 | 101 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: FORENSIC ENGINEERING | | Viol Type: CONSTRUCTION | | |
| 34937784L | OPEN - NO COMPLIANCE RECORDED | FRANK PECORA | IN VIOLATION | 12/13/2011 | 139 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: MANHATTAN CONSTRUCTION | | Viol Type: CONSTRUCTION | | |
| 34971518H | RESOLVED - N/A - DISMISSED | THE BRAVO REALTY GROUP | DISMISSED | 04/04/2012 | 263 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: SPECIAL OPERATIONS | | | | |
| 34971519J | RESOLVED - N/A - DISMISSED | THE BRAVO REALTY GROUP | DISMISSED | 04/04/2012 | 263 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: SPECIAL OPERATIONS | | | | |
| 34937785N | RESOLVED - N/A - DISMISSED | FRANK PICORA | DISMISSED | 12/13/2011 | 101 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: MANHATTAN CONSTRUCTION | | Viol Type: CONSTRUCTION | | |

**Compliance Status** (Open/Resolved) relates to whether a violation has been corrected/uncorrected. Dismissed violations do not require filing a Certificate of Correction.

**ECB Hearing Status** and the **ECB Penalty Due** are separate from **Compliance Status** (i.e. a penalty is still due in many cases even when the violating condition has been fixed).

| Severity Class | |
|---|---|
| Class 1 - Immediately Hazardous | HAZ - Hazardous - 1968 Building Code |
| Class 2 - Major | NON-HAZ - Non-hazardous - 1968 Building Code |
| Class 3 - Lesser | |

| Violation Status Descriptions | ECB Hearing Status |
|---|---|
| OPEN - No Compliance Recorded | CURED/IN-VIO - In Violation/no hearing required |
| OPEN - Certificate Pending (Certificate of Correction submitted and under | STIPULATION/IN-VIO - No hearing required/in violation |